UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRAIG DEVON THOMPSON, )
                      )
        Petitioner,   )
                      )
v.                    )   Civil Action No.
                      )
DISTRICT OF COLUMBIA DEPARTMENT )   07 0477
OF CORRECTIONS, et al.,         )
                      )
        Respondents. )

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this __23rd__ day of March 2007,

ORDERED that respondents, by counsel, within __30__ days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the named respondents, petitioner's custodian, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

SO ORDERED.

*Royce C. Lamberth*
United States District Judge