IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson,

    Petitioner,

v.

District of Columbia

Department of Corrections,

The United States Parole Commission

    Respondents.

Case: 1:07-cv-00477-RCL

## NOTICE OF CHANGE OF ADDRESS

Peittioner Craig Devon Thompson submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (A41842), Prince Georges County Correctional Center, 13400 Dille Drive, Upper Marlboro, MD 20772.

DATED: April 17, 2007

Respectfully submitted,

_____
CRAIG DEVON THOMPSON

RECEIVED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT