UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG DEVON THOMPSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>and )<br>)<br>UNITED STATES PAROLE COMMISSION )<br>)<br>Respondents. )<br>_____) | Civil Action No. 07-0477 (RCL) |

## RESPONSE BY THE DISTRICT OF COLUMBIA

The District of Columbia Department of Corrections (hereinafter the "DOC") files this response to the Court's Order to Show Cause issued March 23, 2007, and received in the Office of the Attorney General for the District of Columbia on April 27, 2007. The petitioner, Craig Devon Thompson, filed a *pro se* writ of habeas corpus attacking the lawfulness of the actions of the United States Parole Commission (hereinafter the "USPC"). As directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

### FACTS

According to the petition, the petitioner was sentenced on January 13, 1992, for "[n]o less than five (5) years; and [n]ot more than (15) years." (Pet. at 2) (emphasis omitted). The petitioner states that he served approximately 6 years and 2 months of his original sentence beginning in 1992 and served an additional 5 years as the result of a parole violation beginning in 1999. (Pet. at 1). On or about August 7, 2006, the petitioner was transported by the U.S.

Marshal's Service to the D.C. Jail. (Pet. at 1; Exhibit A, DOC inmate record). Thereafter, the petitioner was transported back to the Prince George's County jail. (Exhibit B, Writ of Habeas Corpus Ad Prosequendum issued by the Circuit Court for Prince George's County, Maryland; Exhibit C, USPC Notice of Action; Exhibit D, Petitioner's Notice of Change of Address).

The petitioner alleges that his original sentence of "[n]ot more than (15) years" expired on January 13, 2007, therefore, he is being held illegally. (Pet. at 3-4). The petitioner seeks an order stating that the USPC "lack[s] any further jurisdiction to impose sanctions against the petitioner based on the fact that his sentence has actually expired as of January 13, 2007 . . ." and the petitioner seeks his immediate release. (Pet. at 7). The petitioner has not made any allegation against the District of Columbia, its entities or agents, nor has he sought any relief from the District of Columbia, its entities or agents. Rather, the petitioner's allegations and relief involve the USPC and parole matters.

## DISCUSSION

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997, Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.) (hereinafter the "Act"), the United States Congress transferred responsibility for the imprisonment of District of Columbia felons from the District of Columbia to the Federal Bureau of Prisons ("FOP"), and transferred the parole authority for such felons from the D.C. Board of Parole to the USPC. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002). In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions. Thus, the District of Columbia has no authority to respond to the merits of a petition that alleges parole matters, but

the District will abide by any lawful order of this Court with regard to the petitioner. The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein. Thus, the District of Columbia defers to the Office of the United States Attorney on this matter.

In addition to the legal matters described above, according to records from the DOC (Exhibits B-C) and petitioner's notice of change of address (Exhibit D), subsequent to the filing of the habeas petition, the petitioner was transferred from the D.C. Jail to the Prince George's County, Maryland jail. Thus, the District of Columbia is no longer the custodian of the petitioner.

Accordingly, this petition should be dismissed as to the District of Columbia.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>/s/ Kimberly M. Johnson
>KIMBERLY MATTHEWS JOHNSON [#435163]
>Section Chief
>General Litigation Section I
>
>/s/ Lucy Pittman
>LUCY PITTMAN [#483416]
>Assistant Attorney General
>441 4th Street, N.W.
>6th Floor South
>Washington, D.C. 20001
>(202) 442-9891 (phone)
>(202) 727-3625 (fax)
>lucy.pittman@dc.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 21, 2007, a copy of the foregoing response and proposed order was mailed postage prepaid to:

Craig Devon Thompson
A41842
Prince George's County Correctional Center
13400 Dille Drive
Upper Marlboro, MD  20772
*Petitioner*

                                    /s/ Lucy Pittman
                                    Lucy Pittman
                                    Assistant Attorney General

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG DEVON THOMPSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>and )<br>)<br>UNITED STATES PAROLE COMMISSION )<br>)<br>Respondents. )<br>_____) | Civil Action No. 07-0477 (RCL) |

## **ORDER**

Upon consideration of the District of Columbia's response to petitioner's petition for writ of habeas corpus and the record herein, it is hereby,

ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the District of Columbia respondent; it is,

FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the District of Columbia respondent.

SO ORDERED, this \_\_\_\_\_ day of _____, 2007.

_____
Royce C. Lamberth
United States District Judge





EXHIBIT A

05/04/2007 13:19  2026985742  DOC RECORDS1
DEC-18-2006 15:18 From:DC DOC   CTF  202 698 9841

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND

CT061533X

VS

Craig Devon Thompson
DOB: 13-FEB-1975
PDID # 439542

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

STATE OF MARYLAND, PRINCE GEORGES COUNTY, to wit:

TO: Superintendent, D.C. Jail and/or Prince George's County Sheriff
1901 D Street, SE
Washington, D.C. 20003

GREETINGS:

You are hereby commanded to have the above-named defendant now detained under your care and custody before the Circuit Court for Prince George's County, Maryland, on December 20, 2006 for December 22, 2006 Motions Hearing 9:00 AM
January 15, 2007 for January 17, 2007 Trial - 09:00 AM
January 18, 2007 Trial - Carry Over - 09:00 AM.

WITNESS

DEC 18 2006 PM 3:49

William D. Missouri, Judge
Associate Judge of the Seventh
Judicial Circuit of Maryland, this

14th day of December 20 06.

Peggy McGee, Clerk

RETURN: December 20, 2006 for December 22, 2006 Motions Hearing 9:00 AM
January 15, 2007 for January 17, 2007 Trial - 09:00 AM
January 18, 2007 - Carry Over - 09:00 AM
Yvonne K Brooks-Poole
Assistant State's Attorney
301-952-3500


EXHIBIT B

** TOTAL PAGE.03 **

```
05/04/2007  13:19     2026985742              DOC RECORDS1
DEC-18-2006 15:18 From:DC DOC / CTF   202 698 9841                    DC JAIL RECORDS  P.2/4
    US MARSHALS SERVICE 2026879836   T-726985744  P.02/03
                                  12/15/2006 9:00    PAGE 1/1    Fax Server
    USDC
```

Notice of Action

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Institution: U.S. Marshal Services DC

Name: Thompson, Craig
Register Number: 11220-007
DCDC No: 252-583

Date: December 15, 2006

In the case of the above-named, the Commission has ordered the following:

Release from the custody of the warrant dated June 5, 2006 to the custody of the Prince George's County Sheriff's Office on December 19, 2006 for an appearance in the Circuit Court for Prince George's County, Maryland. The subject will be returned to the custody of the U.S. Marshals Service for the District of Columbia following disposition of trial.

Reasons:

State of Maryland vs Craig Sean Thompson.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution, your supervising officer. In certain cases, copies may also be sent to the sentencing court.

cc: U.S. Marshals Service
    District of Columbia, District Court
    333 Constitution Ave., NW Room 1400
    Washington, D.C. 20001
    Warrants - Attn: David Pietruszewski

DEC 18 2006 PM 3:49

Craig AKA

Thompson 11220-007
Queued: 12-15-2006 15:58:48 USM-District of Columbia - District Court | USM-District of Columbia - District Court, D.C.


EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson,

    Petitioner,

v.

District of Columbia      Case: 1:07-cv-00477-RCL

Department of Corrections,

The United States Parole Commission

    Respondents.

## NOTICE OF CHANGE OF ADDRESS

Peittioner Craig Devon Thompson submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (A41842), Prince Georges County Correctional Center, 13400 Dille Drive, Upper Marlboro, MD 20772.

DATED: April 17, 2007

Respectfully submitted,

_____
CRAIG DEVON THOMPSON

RECEIVED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT D