UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Craig Devon Thompson
        Petitioner,

07-477

v.

Case No. CV 00477 (RCL)

District of Columbia
Department of Corrections et al,

The United States Parole
Commission
        Respondents

## MOTION FOR DEFAULT JUDGMENT

### Chronology of Events

On February 5, 2007, the petitioner filed a petition before this court.

The court, as a result issued an ORDER directing the respondents in this matter to "Show Cause" as to why the Writ of Habeus Corpus should not be issued in this action, (to no avail.)

Respondents in this matter have failed to effect a response by the date set by this court of April 23, 2007; *(Note: see court ORDER directing respondents to show cause.)*

Therefore, the petitioners in the form of this action move this Honorable Court, having jurisdiction hereof to enter an ORDER of <u>Default Judgment</u> in compliance with the Federal Rules of Civil Procedures which governs this event granting him the relief sought in accord with the laws which insulate and protects his rights before the courts.

Thus, the court may continue the lack of response by all relevant parties in this action to be an act of conceding according to the letter of the law.

It is hereby, thus the obligation of the court, as a result thereof to enter an ORDER for Default Judgment and the same shall be construed as <u>Summary Judgment</u> herewithin.

Respectfully submitted on this 24th day of May, 2007.

Respectfully,

_____
Craig D. Thompson

## Certificate of Service

I do hereby certify that two copies of this foregoing action was hand delivered to the Clerk in care of both respondents at 333 Constitution Ave., NW, Washington DC  20001

I also swear under the penalty of perjury that the above information is accurate and true to the best of my knowledge.

Respectfully submitted on this 24th day of Mary, 2007.


Respectfully,

_____
Craig Devon Thompson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRAIG DEVON THOMPSON, )
)
Petitioner, )
)
v. ) Civil Action No.
)
DISTRICT OF COLUMBIA DEPARTMENT ) 07 0477
OF CORRECTIONS, et al., )
)
Respondents. )

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 23rd day of March 2007,

ORDERED that respondents, by counsel, within 30 days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the named respondents, petitioner's custodian, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

SO ORDERED.

/s/ Royce C. Lamberth
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig Devon Thompson<br>Petitioner,<br><br>v.<br><br>District of Columbia<br>Department of Corrections et al,<br><br>The United States Parole<br>Commission<br>Respondents | Case No. CV 00477 (RCL) |

## ORDER

In consideration of the petition for Writ of Habeas Corpus and all parties failure to respond to the courts ORDER directing show cause. It is ORDERED on this ___ day of June, 2007 that the respondents have in fact conceded in this matter and the Writ shall be issued.

It is further ORDERED that as a result thereof, the respondent "The District of Columbia Department of Corrections" must relinquish custody of the petitioner based on the fact that it has no further authority to hold, detain, confine nor place any restrictions on the petitioner's liberties.

*(Note: if the petitioner is in custody of another jurisdiction, as a result of a Writ and the District of Columbia is the sending party, this ORDER shall take effect immediately, thus relieving the petitioner of any obligation to have to be returned to the custody of the District of Columbia by any such binding party.)*

  It is also ORDERED that the respondent, the United States Parole Commission is directed by the court to hereby lack authority to impose any further sanctions against the petitioner, lacking subject matter over the execution of an expired sentence; and the same shall forthwith an official certificate of completion indicating such, relieving the petitioner of any further obligations to report to supervised release.

  It is hereby ORDERED on this _____ day of June, 2007.


              _____
              UNITED STATES JUDGE
              Royce C. Lambert