**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CRAIG DEVON THOMPSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>and )<br>)<br>UNITED STATES PAROLE COMMISSION )<br>)<br>Respondents. )<br>_____) | Civil Action No. 07-0477 (RCL) |

**RESPONDENT DISTRICT OF COLUMBIA'S OPPOSITION TO PETITIONER'S
MOTION FOR DEFAULT JUDGMENT**

The District of Columbia Department of Corrections (hereinafter the "District" or the "DOC"), through undersigned counsel, respectfully opposes petitioner's motion for default judgment. The petitioner, Craig Devon Thompson, claims that the respondents, including the DOC, failed to respond to the Court's Order to show cause and he is therefore seeking a default judgment against the respondents. However, the petitioner's motion is without merit as it pertains to the DOC because a timely response was filed. Accordingly, petitioner's motion should be denied.

**FACTS**

The petitioner filed a *pro se* writ of habeas corpus naming the DOC and the United States Parole Commission (hereinafter the "USPC") as respondents. The Court ordered the respondents to file a statement showing cause why the writ of habeas corpus should not issue. The statements were due 30 days after service of the Order and petition. The Order provides that the

U.S. Marshals Service was to serve the respondent, the DOC, through the Office of the Attorney General for the District of Columbia (hereinafter "OAG"). The OAG received the Order and petition on April 27, 2007. *See* Exhibit 1, Process Receipt dated April 27, 2007. The District filed its response on May 21, 2007. *See* Exhibit 2, Response by the District of Columbia.

## DISCUSSION

The petitioner alleges that the respondents failed to comply with the Court's Order to show cause within the time allotted by the Order. Petitioner asks the Court to treat his petition as conceded and seeks a default judgment against the respondents. This allegation, as it pertains to the District, is without merit and petitioner's relief should be denied. The Order provides the District with 30 days, after service of the Order and petition, to file a response. Service on the District was effected on April 27, 2007, therefore the 30 days expired May 29, 2007.[1] The District filed its response on May 21, 2007, or eight days prior to the expiration of the due date.[2]

Accordingly, petitioner's motion for default should be denied as to the District of Columbia because its response was timely filed.

                                          Respectfully submitted,

                                          LINDA SINGER
                                          Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division

---

[1] The 30 days expired on May 27, 2007, which is a Sunday, the following date was a legal holiday, Memorial Day. Pursuant to Fed. Civ. R. 6(a), when a due date falls on a Saturday, Sunday or legal holiday, the next date that is not a Saturday, Sunday or legal holiday is the due date. In this case, that would be May 29, 2007.

[2] It is likely that petitioner had not yet received the District of Columbia's response when he filed his motion for default judgment on May 24, 2007. The District of Columbia mailed a copy of its response to the petitioner on May 21, 2007.

       /s/ Kimberly M. Johnson
       KIMBERLY MATTHEWS JOHNSON [#435163]
       Section Chief
       General Litigation Section I

       /s/ Lucy Pittman
       LUCY PITTMAN [#483416]
       Assistant Attorney General
       441 4th Street, N.W.
       6th Floor South
       Washington, D.C. 20001
       (202) 442-9891 (phone)
       (202) 727-3625 (fax)
       lucy.pittman@dc.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2007, a copy of the foregoing opposition and proposed order was mailed postage prepaid to:

Craig Devon Thompson
A41842
Prince George's County Correctional Center
13400 Dille Drive
Upper Marlboro, MD  20772
*Petitioner*

       /s/ Lucy Pittman
       Lucy Pittman
       Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG DEVON THOMPSON ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0477 (RCL) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| DEPARTMENT OF CORRECTIONS ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES PAROLE COMMISSION ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## ORDER

Upon consideration of the petitioner's motion for default, the District of Columbia's opposition and the record herein, it is hereby,

ORDERED: that the Motion for Default is DENIED as to the District of Columbia respondent.

SO ORDERED, this _____ day of _____, 2007.

_____
Royce C. Lamberth
United States District Judge

| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See Instructions for "Service of Process by the U.S. Marshal" <br> on the reverse of this form. ||
|---|---|---|
| PLAINTIFF <br> Craig Devon Thompson | COURT CASE NUMBER <br> CA-07-0477 RCL ||
| DEFENDANT <br> Dist. of Col Department of Corrections, et al | TYPE OF PROCESS <br> OTSC ||

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN <br> **DC Attorney General** <br> ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) <br> 441 4th St., NW |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*RECEIVED 2007 APR 25 A 9: [illegible] U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA*

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin <br> No. 16 | District to Serve <br> No. 6 | Signature of Authorized USMS Deputy or Clerk <br> *Beth* | Date <br> 4/25/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) <br> Gale Rivers  Admin Assist. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 4-27-07   Time: 12:45 pm |
| | Signature of U.S. Marshal or Deputy <br> *[signature] #5769* |

| Service Fee <br> 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**RECEIVED MAY 1 - 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

EXHIBIT 1

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG DEVON THOMPSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>and )<br>)<br>UNITED STATES PAROLE COMMISSION )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 07-0477 (RCL) |

## RESPONSE BY THE DISTRICT OF COLUMBIA

The District of Columbia Department of Corrections (hereinafter the "DOC") files this response to the Court's Order to Show Cause issued March 23, 2007, and received in the Office of the Attorney General for the District of Columbia on April 27, 2007. The petitioner, Craig Devon Thompson, filed a *pro se* writ of habeas corpus attacking the lawfulness of the actions of the United States Parole Commission (hereinafter the "USPC"). As directed by the Court, the District of Columbia, through counsel, respectfully submits this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

### FACTS

According to the petition, the petitioner was sentenced on January 13, 1992, for "[n]o less than five (5) years; and [n]ot more than (15) years." (Pet. at 2) (emphasis omitted). The petitioner states that he served approximately 6 years and 2 months of his original sentence beginning in 1992 and served an additional 5 years as the result of a parole violation beginning in 1999. (Pet. at 1). On or about August 7, 2006, the petitioner was transported by the U.S.


EXHIBIT 2

Marshal's Service to the D.C. Jail. (Pet. at 1; Exhibit A, DOC inmate record). Thereafter, the petitioner was transported back to the Prince George's County jail. (Exhibit B, Writ of Habeas Corpus Ad Prosequendum issued by the Circuit Court for Prince George's County, Maryland; Exhibit C, USPC Notice of Action; Exhibit D, Petitioner's Notice of Change of Address).

The petitioner alleges that his original sentence of "[n]ot more than (15) years" expired on January 13, 2007, therefore, he is being held illegally. (Pet. at 3-4). The petitioner seeks an order stating that the USPC "lack[s] any further jurisdiction to impose sanctions against the petitioner based on the fact that his sentence has actually expired as of January 13, 2007 . . ." and the petitioner seeks his immediate release. (Pet. at 7). The petitioner has not made any allegation against the District of Columbia, its entities or agents, nor has he sought any relief from the District of Columbia, its entities or agents. Rather, the petitioner's allegations and relief involve the USPC and parole matters.

## DISCUSSION

As a legal and practical matter, the District of Columbia cannot provide a response to the merits of the petition because the District of Columbia lacks authority over parole matters. Through the National Capital Revitalization and Self-Government Improvements Act of 1997, Pub. L. 105-33, D.C. Code sections 24-101 through 131 (2001 and 2006 Supp.) (hereinafter the "Act"), the United States Congress transferred responsibility for the imprisonment of District of Columbia felons from the District of Columbia to the Federal Bureau of Prisons ("FOP"), and transferred the parole authority for such felons from the D.C. Board of Parole to the USPC. *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003); *see also Gant v. Reilly*, 224 F.Supp.2d 26, 37 (D.D.C. 2002). In accordance with the Act, the D.C. Board of Parole no longer exists, and the USPC has assumed all of its parole functions. Thus, the District of Columbia has no authority to respond to the merits of a petition that alleges parole matters, but

2

the District will abide by any lawful order of this Court with regard to the petitioner. The real party in interest is the United States Attorney, representing the USPC, whose actions are at issue herein. Thus, the District of Columbia defers to the Office of the United States Attorney on this matter.

In addition to the legal matters described above, according to records from the DOC (Exhibits B-C) and petitioner's notice of change of address (Exhibit D), subsequent to the filing of the habeas petition, the petitioner was transferred from the D.C. Jail to the Prince George's County, Maryland jail. Thus, the District of Columbia is no longer the custodian of the petitioner.

Accordingly, this petition should be dismissed as to the District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Section Chief
General Litigation Section I

/s/ Lucy Pittman
LUCY PITTMAN [#483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 727-3625 (fax)
lucy.pittman@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2007, a copy of the foregoing response and proposed order was mailed postage prepaid to:

Craig Devon Thompson
A41842
Prince George's County Correctional Center
13400 Dille Drive
Upper Marlboro, MD  20772
*Petitioner*

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRAIG DEVON THOMPSON )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>and )<br>)<br>UNITED STATES PAROLE COMMISSION )<br>)<br>Respondents. )<br>) | Civil Action No. 07-0477 (RCL) |

## ORDER

Upon consideration of the District of Columbia's response to petitioner's petition for writ of habeas corpus and the record herein, it is hereby,

ORDERED: that the Petition for the Writ of Habeas Corpus shall be denied as to the District of Columbia respondent; it is,

FURTHER ORDERED: that the Court's Order to Show Cause shall be discharged as to the District of Columbia respondent.

SO ORDERED, this _____ day of _____, 2007.

_____
Royce C. Lamberth
United States District Judge





IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND

vs   CT061533X

Craig Davon Thompson
DOB: 13-FEB-1975
PDID # 439542

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

STATE OF MARYLAND, PRINCE GEORGE'S COUNTY, to wit:

TO: Superintendent, D.C. Jail and/or Prince George's County Sheriff
1901 D Street, SE
Washington, D.C. 20003

GREETINGS:

You are hereby commanded to have the above-named defendant now detained under your care and custody before the Circuit Court for Prince George's County, Maryland, on December 20, 2006 for December 22, 2006 Motions Hearing 9:00 AM
January 15, 2007 for January 17, 2007 Trial - 09:00 AM
January 18, 2007 Trial - Carry Over - 09:00 AM.

WITNESS

William D. Missouri, Judge
Associate Judge of the Seventh
Judicial Circuit of Maryland, this

14th day of December, 2006.

DEC 18 2006 PM 3:49

Peggy McRae, Clerk

RETURN: December 20, 2006 for December 22, 2006 Motions Hearing 9:00 AM
January 15, 2007 for January 17, 2007 Trial - 09:00 AM
January 18, 2007 - Carry Over - 09:00 AM
Yvonne K Brooks-Poole
Assistant State's Attorney
301-952-3500

EXHIBIT B



05/04/2007 13:19  2026985742                    DDC RECORDS1

DEC-18-2006 15:18  From:DC DOC CTF  202 698 9041                                       Fax Server

12/15/2006 9:00  PAGE 1/1  Fax Server

USDC

Notice of Action

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Institution: U.S. Marshal Services DC

Name: Thompson, Craig
Register Number: 11220-007                                     Date: December 15, 2006
DCDC No: 252-983

In the case of the above-named, the Commission has ordered the following:

Release from the custody of the warrant dated June 5, 2006 to the custody of the Prince George's County Sheriff's Office on December 19, 2006 for an appearance in the Circuit Court for Prince George's County, Maryland. The subject will be returned to the custody of the U.S. Marshals Service for the District of Columbia following the completion of trial.

Reasons:

State of Maryland vs Craig Joseph Thompson

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and supervising officer. In certain cases, copies may also be sent to the sentencing court.

cc: U.S. Marshals Service
District of Columbia District Court
333 Constitution Ave, NW, Room 1400
Washington, D.C. 20001
Warrants - Attn: David

DEC 18 2006 PM 3:45

EXHIBIT C

Craig AKA
Thompson 11220-007
Queued: 12-15-2006 11:06:50 USM-District of Columbia - District Court | USM-District of Columbia - District Court, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson,

    Petitioner,

v.

District of Columbia          Case: 1:07-cv-00477-RCL

Department of Corrections,

The United States Parole Commission

    Respondents.

## NOTICE OF CHANGE OF ADDRESS

Peittioner Craig Devon Thompson submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (A41842), Prince Georges County Correctional Center, 13400 Dille Drive, Upper Marlboro, MD 20772.

Respectfully submitted,

DATED: April 17, 2007

RECEIVED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
APR 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRAIG DEVON THOMPSON


EXHIBIT D