IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson,

    Petitioner,

    v.

District of Columbia

Department of Corrections,

The United States Parole Commission

    Respondents.

Case: 1:07-cv-00477-RCL

NOTICE OF CHANGE OF ADDRESS

Petitioner Craig Devon Thompson submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (DCDC #252583), 1901 D Street SE, Washington DC 20003.

Respectfully submitted,

DATED: May 30, 2007

**RECEIVED**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
CRAIG DEVON THOMPSON