UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson
Petitioner,

v.                                      Case No. CV 07-00477 (RCL)

District of Columbia
Department of Corrections et al,

The United States Parole
Commission
Respondents

RECEIVED
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SUPPLEMENT TO MOTION FOR DEFAULT JUDGMENT

The petitioner submits this supplement to default judgment based on the following circumstances:

I.  The respondent, the United States Parole Commission, requests that the court allow it, by representation, to file a late response to the petitioners Writ of Habeas Corpus. While the petitioner did receive a copy of that pleading, it was not lawful or binding as the document itself was not officially signed by the presiding the judge in this case.

II. The respondent, Department of Corrections filed a separate pleading claiming not to be party or custodian of the petitioner. The petitioner is currently in custody of the Department of Corrections and rightfully named his custodian.

III. Finally, all parties were ordered by this court to show cause as to why this writ should not be issued. The respondent the United States Parole Commission failed to meet that deadline for inexcusable rationale. Therefore, it behooves the petitioner in the form of

this supplement to insist that this court enter order for default judgment against all parties involved and grant him the release sought in his initial pleading

Respectfully submitted on this 11th day of June, 2007.

_____
Craig D. Thompson