In the District Court
For the District of Columbia

Craige Devon Thompson,
　　　　Plaintiff,

V.

District of Columbia
Department of Corrections et. al,
　　　　Respondents,

**FILED**
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 07-0477

---

Motion For Enlargement of time
to respond to respondents response

---

Come Now the plaintiff pro se in the above captioned case asking this court to acknowledge and except this motion for Enlargement of Time due to the following technicalities:

I.

The plaintiff is currently in custody in another jurisdiction having present and pending legal consequencies ongoing.

II.

The plaintiff, as an indigent litigant, file all pleadings in this matter pro se and also is a layman of law.

III

Plaintiff is uncertain about the proceedings at this point and need more time to research matters concerning subsequent pleadings

Respectfully requested on this 25th day of May 2007.

X _____CD Thompson_____
CRAEGE DEVON THOMPSON