UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson Sr.

Petitioner v. District of Columbia Department of Corrections

United States Parole Commission et,al,

Respondent

CASE:   1:07-CV-00477-RCL

### NOTICE OF CHANGE OF ADDRESS

Petioner Craig Devon Thompson Sr. submits this notice of change of address for transmission of all documents in the above captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copies should be directed to the following address: Craig Devon Thompson Sr. DCDC 252-583, 1901 E Street SE, Washington, DC 20003

Respectfully Submitted,

*[signature]*

Craig Devon Thompson Sr.

Dated: July 3, 2007.

**RECEIVED**

JUL - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT