UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson
    Petitioner,

v.

Case No. CV 00477 (RCL)

07-477

District of Columbia
Department of Corrections et al,

The United States Parole
Commission
    Respondents

## NOTICE OF CHANGE OF ADDRESS

Petitioner Craig Devon Thompson submits this Notice of Change of Address for the transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (DCDC 252583) 1901 D Street SE, Washington DC 20003.

Respectfully submitted,

_____
CRAIG DEVON THOMPSON

RECEIVED
JUL - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT