UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Craig Devon Thompson<br>Petitioner, | |
| v. | Case No. 07-00477 (RCL) |
| District of Columbia<br>Department of Corrections et al, | |
| The United States Parole<br>Commission<br>Respondents | |

### NOTICE OF CHANGE OF ADDRESS

Petitioner Craig Devon Thompson submits this Notice of Change of Address for the transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (DCDC 252583) 1901 E Street SE, Washington DC 20003.

Respectfully submitted,

_____
CRAIG DEVON THOMPSON