UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CRAIG DEVON THOMPSON, SR.,** | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07-0477 (RCL) |
| **DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS** *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 3] is **DISCHARGED**; it is

**FURTHER ORDERED** that the petition for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

**SO ORDERED**.

               _____s/_____
               Royce C. Lamberth
               United States District Judge

Date: September 24, 2007