IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Craig Devon Thompson,

    Petitioner,

v.

District of Columbia                              Case: 1:07-cv-00477-RCL

Department of Corrections,


The United States Parole Commission

    Respondents.

## NOTICE OF CHANGE OF ADDRESS

Petitioner Craig Devon Thompson submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (#11220-007), USP LEE, U.S. Penitentiary, P.O. Box 305, Jonesville, VA 24263.

                                                        Respectfully submitted,

DATED: November 2, 2007

                                                        CRAIG DEVON THOMPSON

RECEIVED
NOV - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT