UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig Devon Thompson<br>Petitioner,<br><br>v.<br><br>District of Columbia<br>Department of Corrections et al,<br><br>The United States Parole<br>Commission<br>Respondents | *Let this be filed.*<br>*Royce C. Lamberth*<br>*U.S.D.J. 11/6/07*<br><br>Case No. 07-00477 (RCL) |

### REQUEST FOR STAY OF ACTION

As of September 24, 2007, Petitioner, Craig Devon Thompson has been in transit with the District of Columbia Department of Corrections and, has not received copies of any current Motions or Orders filed with this court.

Petitioner, Craig Devon Thompson, requests that the court refrain from taking any further action until petitioner receives copies of current Motions and Orders filed since September 24, 2007. After review of said documents, Petitioner also requests that the court allow for an extension of time to file a Reconsideration Motion challenging the courts ruling. In addition, Petitioner will appeal any adverse rulings that the courts will give.

Respectfully submitted,

CRAIG DEVON THOMPSON
DATED: November 5, 2007

RECEIVED
NOV - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I do hereby certify that two copies of this foregoing action was hand delivered to the Clerk in care of both respondents at 333 Constitution Ave., NW, Washington DC  20001

I also swear under the penalty of perjury that the above information is accurate and true to the best of my knowledge.

Respectfully submitted on this 5th day of November, 2007.

Respectfully,

_____
Craig Devon Thompson