UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CRAIG DEVON THOMPSON, SR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> DEPARTMENT OF ) <br> CORRECTIONS *et al.*, ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 07-0477 (RCL) |

ORDER

Petitioner moves pursuant to Fed. R. Civ. P. 60(b) for reconsideration of the Minute Order of December 3, 2007, denying as moot his motion to stay proceedings filed on November 5, 2007. Motions for reconsideration are committed to the sound discretion of the trial court and need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted).

To the extent that the minute order may be considered a final order, petitioner has presented no grounds for relief because, as the order indicated, nothing was left of the case to stay. To the extent that petitioner is seeking reconsideration of the final order of September 24, 2007, denying his application for a writ of *habeas corpus*, he presents no grounds for relief from that order. Petitioner "questions the right to service and reply before the district court's dismiss

of a writ of habeas corpus," Mot. at 1, but, in ruling on the petition, the Court did consider petitioner's rebuttal [Dkt. No. 16]. Accordingly, it is

    **ORDERED** that petitioner's motion for reconsideration [Dkt. No. 25] is **DENIED**.

> _____s/_____
> Royce C. Lamberth
> United States District Judge

Date: March 6, 2008