RECEIVED
MAR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig Devon Thompson<br>　　　Petitioner,<br><br>　　　　v.<br><br>District of Columbia<br>Department of Corrections et al,<br><br>The United States Parole<br>Commission<br>　　　Respondents | Case No. 07-00477 (RCL) |

### NOTICE OF CHANGE OF ADDRESS

Petitioner Craig Devon Thompson submits this Notice of Change of Address for the transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: Craig Devon Thompson (11220-007) USP Lee, P O BOX 305, Jonesville, VA 24263-0305

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CRAIG DEVON THOMPSON

## Certificate of Service

I do hereby certify that two copies of this foregoing action was hand delivered to the Clerk in care of both respondents at 333 Constitution Ave., NW, Washington DC  20001

I also swear under the penalty of perjury that the above information is accurate and true to the best of my knowledge.

Respectfully submitted on this 10TH day of March, 2008.


Respectfully,

_____
Craig Devon Thompson