UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CRAIG DEVON THOMPSON, SR
    Petitioner/Appellant,

-V-                                          CV-07-0477 (RCL)

DISTRICT OF COLUMBIA DEPARTMENT
OF CORRECTIONS et., al.,
           Respondent.


NOTICE OF APPEAL


    In the caption civil matter, Appellant submits the intent to appeal the District Courts March 6, 2008, improvident denial of A Writ of Habeas Corpus. App. R. 4(a)(1)(B).

    In support hereof, Appellant avers the following:

    (1) In or about 2007, Appellant submitted a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 et. seq.

    (2) On December 3, 2007, the District Court issued a final order dismissing the pending Writ of Habeas Corpus.

    (3) Thereafter, Appellant submitted a Civil Rule 60(b), requesting the District Court to reconsider its December 3, 2007 order on the grounds Appellant was not served all pleadings in accordance with Civ.R. 4(m) or (5), and heretofore permission to amend be authorized. Civ.R. 15(c).



RECEIVED
APR - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(4) On March 6, 2008, this Court ignored Appellant's pro se pleading with a order denying Appellant's motion to reconsider its previous December 3, 2007 order.

In view of the listed cause, Appellant's intent to appeal the District Court Improvident denial of A Writ of Habeas Corpus and Motion to Reconsider a final order hereby Granted. See App. 4(c)4.

Wherefore, the stated reasons Appellant prays the intent to appeal be authorized.

Dated: March 24, 2008.

Respectfully submitted,

/s/ _____
Craig Devon Thompson, SR
#11220-007
U.S.P. Lee
P.O. Box 305
Jonesville, VA
24263-0305

## CERTIFICATE OF SERVICE

I, certify that a True and two copies of the enclosed Notice of Appeal was mailed on __24__, this day of March, 2008 as following:

      c/o Clerk's Office
          U.S. Dist. Ct.
          333 & Constitution Ave.,NW
          Washington, D.C. 20001

      c/o U.S. Ct. of Appeals
          For the District of Columbia
          333 & Constitution Ave., NW
          Washington, D.C. 20001

/s/ _____
Craig D. Thompson Sr.
#11220-007
U.S.P. Lee
P.O. Box 305
Jonesville, VA
          24263-0305

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CRAIG DEVON THOMPSON, SR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> DEPARTMENT OF ) <br> CORRECTIONS *et al.*, ) <br> ) <br> Respondents. ) <br> _____) | Civil Action No. 07-0477 (RCL) |

ORDER

Petitioner moves pursuant to Fed. R. Civ. P. 60(b) for reconsideration of the Minute Order of December 3, 2007, denying as moot his motion to stay proceedings filed on November 5, 2007. Motions for reconsideration are committed to the sound discretion of the trial court and need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted).

To the extent that the minute order may be considered a final order, petitioner has presented no grounds for relief because, as the order indicated, nothing was left of the case to stay. To the extent that petitioner is seeking reconsideration of the final order of September 24, 2007, denying his application for a writ of *habeas corpus*, he presents no grounds for relief from that order. Petitioner "questions the right to service and reply before the district court's dismiss

of a writ of habeas corpus," Mot. at 1, but, in ruling on the petition, the Court did consider petitioner's rebuttal [Dkt. No. 16]. Accordingly, it is

**ORDERED** that petitioner's motion for reconsideration [Dkt. No. 25] is **DENIED**.

                                                            _____s/_____
                                                            Royce C. Lamberth
                                                            United States District Judge

Date: March 6, 2008