# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5099**  **September Term 2007**

1:07-cv-00477-RCL

Filed On: April 25, 2008 [1113196]

Craig Devon Thompson,

    Appellant

    v.

District of Columbia Department of
Corrections and United States Parole
Commission,

    Appellees

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                              FOR THE COURT:
                                              Mark J. Langer, Clerk

                                   BY:    /s/
                                              Elizabeth V. Scott
                                              Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk